■ In the Matter of KATHERINE B. and Others, Infants. JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; STEVEN B., Appellant. (Appeal No. 1.) [771 NYS2d 483]—Appeal from an order of the Family Court, Jefferson County (Peter A.

Schwerzmann, J.), entered March 26, 2002. The order found that respondent sexually abused his daughter Katherine B. and neglected his children Devon B. and Megan B.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Lisa E.* [appeal No. 1], 207 AD2d 983 [1994]). Present—Green, J.P., Pine, Wisner, Gorski and Lawton, JJ.